## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

PATRICIA WALKER,                              :
                                             :
        **Plaintiff,**                        :
                                             :
    v.                                        :        **CASE NO:**
                                             :        **7:25-cv-196–WLS**
CLINCH COUNTY, GEORGIA, and                   :
FARMERS HOME ADMINISTRATION,                  :
                                             :
        **Defendants.**                       :
_____       :

## ORDER

On December 22, 2025, *pro se* Plaintiff, Patricia Walker, filed a Complaint (Doc. 1) against Defendants Clinch County, Georgia, and Farmers Home Administration ("FHA"). The Record reflects that a Summons was issued for Defendant FHA on December 22, 2025 (Doc. 2-1).

Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The deadline to serve Defendant FHA was Monday, March 23, 2026. To date, Plaintiff has not filed a notice that service of process has been properly executed on FHA or that service was waived.

Accordingly, the Court **ORDERS** Plaintiff to file evidence of returned Summons executed or waived and/or show cause no later than **Monday, May 18, 2026**, why the Complaint should not be dismissed as to Defendant FHA for failure to serve such Defendant. Plaintiff is hereby noticed that failure to respond to or comply with this Order will subject this

1

case to dismissal as to Defendant FHA, without prejudice, and without further notice or proceeding.

**SO ORDERED**, this 4th day of May 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**