**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

PATRICIA WALKER,                                :
                                                :
      **Plaintiff,**                                :
                                                :
  v.                                           :          **CASE NO:**
                                                :        **7:25-cv-196–WLS**
CLINCH COUNTY, GEORGIA, and                     :
FARMERS HOME ADMINISTRATION,                     :
                                                :
      **Defendants.**                               :
_____

## ORDER

By Order (Doc. 15) entered May 4, 2026, *pro se* Plaintiff was ordered to file evidence on or before Monday, May 18, 2026, that Defendant Farmers Home Administration ("FHA") had been served with a Summons and Complaint or that the FHA had waived service. Alternatively, Plaintiff was ordered to show cause by such date as to why the Complaint should not be dismissed as to the FHA for failure to serve such Defendant. Plaintiff was warned that failure to respond to or comply with this Order would subject this case to dismissal as to the FHA, without prejudice, and without further notice or proceeding.

On May 11, 2026, Plaintiff had Summons reissued to the FHA. While such action is not strictly in compliance with the Court's May 4, 2026 Order, the Court will allow Plaintiff an additional period of thirty days to fully comply with such Order.

Accordingly, the Court **ORDERS** Plaintiff to file evidence of returned Summons executed or waived and/or show cause no later than **Friday, June 26, 2026**, why the Complaint should not be dismissed as to Defendant FHA for failure to serve such Defendant. Plaintiff is hereby noticed that failure to respond to or comply with this Order will subject this case to dismissal as to Defendant FHA, without prejudice, and without further notice or proceeding.

**SO ORDERED**, this 27th day of May 2026.

                               **/s/ W. Louis Sands**
                               **W. LOUIS SANDS, SR. JUDGE**
                               **UNITED STATES DISTRICT COURT**