**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| PATRICIA WALKER, | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | **CASE NO:** |
| | : | **7:25-cv-196–WLS** |
| CLINCH COUNTY, GEORGIA, and | : | |
| FARMERS HOME ADMINISTRATION, | : | |
| | : | |
| **Defendants.** | : | |

_____

## ORDER

By Order (Doc. 15) entered May 4, 2026, *pro se* Plaintiff was ordered to file evidence on or before Monday, May 18, 2026, that Defendant Farmers Home Administration ("FHA") had been served with a Summons and Complaint or that the FHA had waived service. Alternatively, Plaintiff was ordered to show cause by such date as to why the Complaint should not be dismissed as to the FHA for failure to serve such Defendant. Plaintiff was warned that failure to respond to or comply with that Order would subject this case to dismissal as to the FHA, without prejudice, and without further notice or proceeding.

On May 11, 2026, Plaintiff had a Summons reissued to the FHA. While such action was not strictly in compliance with the Court's May 4, 2026 Order, by Order (Doc. 17) entered May 27, 2026, the Court allowed Plaintiff an additional thirty days to fully comply with the May 4, 2026 Order.

A review of the docket reflects that as of the date of this Order, Plaintiff has failed to comply with the May 4, 2026, and May 27, 2026 Orders. There is no indication that service has been perfected as to the FHA. Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice." Fed. R. Civ. P. 4(m).  Plaintiff has not served Defendant FHA. Nor has she shown cause why her Complaint should not be dismissed without prejudice after notice and Order from the Court.

1

Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** as to Defendant Farmers Home Administration for failure to timely serve such Defendant.

**SO ORDERED**, this 8th day of July 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2