IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PATRICIA WALKER,                              *

                  Plaintiff,        *

v.                                                    Case No. 7:25-cv-196 (WLS)

                                *

CLINCH COUNTY, GEORGIA, et al.,

                                *

             Defendants.        *

_____        *

## J U D G M E N T

Pursuant to this Court's Order dated July 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of July, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk