IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

PATRICIA WALKER,                                    *

    Plaintiff,                  *

v.                                                   Case No.7:25-cv-196 (WLS)

                  *

CLINCH COUNTY, GEORGIA, et al.,

                  *

    Defendants.

                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.

Defendant shall also recover costs of this action.

 This 21st day of July, 2026.

        David W. Bunt, Clerk


        s/ Katie Logsdon, Deputy Clerk